UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PRINCE ABRAHAM,

        Plaintiff,

   -against-

NATIONAL CREDIT SYSTEMS, INC.,

        Defendant.
-------------------------------------------------------X

CASE NO.: 1:14-cv-06608-ILG-SMG

PLAINTIFF'S MOTION TO ADJOURN THE INITIAL CONFERENCE

Prince Abraham ("Plaintiff"), by and through his counsel, respectfully requests an adjournment of the Initial Conference, presently scheduled for Monday, March 2, 2015 at 10:00 a.m. See Dkt. No. 4. In support of this Motion, Plaintiff states the following:

1. On November 10, 2014, Plaintiff initiated this action by filing a complaint against National Credit Systems, Inc. ("Defendant") for its alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA"). See Dkt. No. 1.

2. On December 31, 2014, this Honorable Court issued an Order setting the Initial Conference for March 2, 2015 at 10:00 a.m. See Dkt. No. 4.

3. On January 26, 2015, Plaintiff effectuated personal service of the Summons and Complaint on Defendant, and he filed the executed proof of service with this Court on January 28, 2015. See Dkt. No. 5.

4. Defendant's Answer to the Complaint or other responsive pleading was therefore due on February 16, 2015. See id.

5. However, Defendant has not yet filed an Answer to Plaintiff's Complaint or any other responsive pleading.

6. Accordingly, Plaintiff is now seeking an adjournment of the Initial Conference as Defendant has failed to file an Answer or other responsive pleading by the deadline.

7. No counsel has entered an appearance on behalf of Defendant therefore Plaintiff's counsel has not been able to confer with any one regarding the filing of this instant Motion.

8. Plaintiff respectfully requests a thirty day adjournment of the Initial Conference to April 1, 2015.

9. This is Plaintiff's first request for an adjournment of the Initial Conference.

10. Further, no party will be prejudiced by the granting of this Motion.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests a thirty day adjournment of the Initial Conference to April 1, 2015, or to another date convenient to this Honorable Court.

                                                Respectfully submitted,

Dated: February 24, 2015         By: /s/ Craig Thor Kimmel
                                                Craig Thor Kimmel, Esquire
                                                Attorney ID #2790038
                                                Attorney for Plaintiff
                                                Kimmel & Silverman, P.C.
                                                1001 Avenue of the Americas, 12th Floor
                                                New York, New York 10018
                                                Phone: (212) 719-7543
                                                Facsimile: (877) 617-2515
                                                Email: kimmel@creditlaw.com

- 3 -

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs' Motion to Adjourn the Initial Conference was filed and served this 24th day of February, 2015, upon the following via CM/ECF and First Class Mail:

> National Credit Systems, Inc.
> c/o Corporation Process Company
> 328 Alexander Street
> Suite 10
> Atlanta, Georgia 31131

> By: /s/ Craig Thor Kimmel
> Craig Thor Kimmel, Esquire