**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRINCE ABRAHAM, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Case No.: 1:14-cv-06608-ILG-SMG** |
| ) | |
| NATIONAL CREDIT SYSTEMS, INC., ) | **Notice of Settlement** |
| ) | |
| Defendant ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: <u>March 27, 2015</u>

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Attorney ID #2790038
Kimmel & Silverman, P.C.
1001 Avenue of the Americas, 12th Floor
New York, NY 10018
Phone: (212) 719-7543
Facsimile: (877) 617-2515
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

## Certificate of Service

I hereby certify that on this 27th day of March, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

> Charity A. Olson, Esq.
> Olson Law Group
> 2723 S State Street
> Suite 150
> Ann Arbor, MI 48104

> */s/ Craig Thor Kimmel*
> Craig Thor Kimmel, Esquire
> Attorney ID #2790038
> Kimmel & Silverman, P.C.
> 1001 Avenue of the Americas, 12th Floor
> New York, NY 10018
> Phone: (212) 719-7543
> Facsimile: (877) 617-2515
> Email: kimmel@creditlaw.com
> Attorney for the Plaintiff